PROB 12B
(NYEP-6/15/07)

STICKLEY / CI, NY

# United States District Court

for the

## Eastern District of New York

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Benedetto Aloi**  Case Number: **CR-90-446-5**

Name of Sentencing Judicial Officer: **The Honorable Raymond J. Dearie, Chief U.S. District Judge**

Date of Original Sentence: **March 26, 1993**

Original Offense: **18 U.S.C. 1951(a), Conspiracy to Extort, a class A felony; and 18 U.S.C. 1951(a), Extortion, a class C felony**

Original Sentence: **Two hundred (200) months custody, three (3) years supervised release and a $100 special assessment fee. A special condition ordering the defendant to pay a $100,000.00, fine was also imposed.**

Type of Supervision: **Supervised release**  Date Supervision Commenced: **March 17, 2009**

===========================================================================

## PETITIONING THE COURT

☒  To modify the conditions of supervision as follows:

**SPECIAL CONDITION:** The releasee shall not associate directly or indirectly, in-person, by mail, by computer or telephonically, with any of the individuals on the list provided to him by the Probation Department, who are identified as members and/or associates of the Colombo Organized Crime Family, unless granted permission to do so by the probation officer. In addition, the releasee shall not associate with any of the co-defendants or related defendants listed in his presentence report under Docket # CR-90-446-5, unless granted permission to do so by the probation officer.

| Request for Modifying the Conditions or Terms of Supervision With Consent of the Offender | **ALOI, Benedetto** **CR-90-446-5** | Prob 12B / Page 2 STICKLEY/ CI, NY |
|---|---|---|

## CAUSE

As evidenced by the attached Probation Form 49, Waiver of Hearing to Modify the Conditions of Supervision, the releasee agreed to the proposed modification. According to the presentence report and law enforcement sources, the releasee is a reputed member of the Colombo Organized Crime Family. The conduct as detailed in the presentence report, indicates the releasee committed the instant offense with other members of that criminal organization, in furtherance of their illicit interests.

Imposition of the requested special condition is sought to instill in the releasee the seriousness with which the Court and Probation Department would view any unauthorized association with members of the criminal element, while also encouraging the releasee to cultivate productive community associations.

Respectfully submitted by:

Dennis Stickley
Senior U.S. Probation Officer
Date: April 7, 2009

Approved by,

George H. Gonzalez
Supervising U.S. Probation Officer

THE COURT ORDERS:

☑ The Modification of Conditions as Noted Above
☐ Other

s/ Judge Raymond J. Dearie

_____
Signature of Judicial Officer


_____
Date

Case 1:90-cr-00446-FB   Document 1191   Filed 04/09/09   Page 3 of 3 PageID #: 139

ALOI, Benedetto
Dkt. No.: CR-90-446-5
STICKLEY/ CI, NY

PROB 49
(NYEP-8/1/07)

# United States District Court

## EASTERN DISTRICT OF NEW YORK

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision:

**SPECIAL CONDITION:** The releasee shall not associate directly or indirectly, in-person, by mail, by computer or telephonically, with any of the individuals on the list provided to him by the Probation Department, who are identified as members and/or associates of the Colombo Organized Crime Family, unless granted permission to do so by the probation officer. In addition, the releasee shall not associate with any of the co-defendants or related defendants listed in his presentence report under Docket # CR-90-446-5, unless granted permission to do so by the probation officer.

Witness: _____  Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

3/17/09
Date