RECEIVED IN CHAMBERS OF
U.S.D.J. DEARIE
ON: 10/27/09

FILED
U.S. DISTRICT COURT E.D.N.Y.
NOV 04 2009
LONG ISLAND OFFICE

# MEMORANDUM
## TO THE HONORABLE RAYMOND J. DEARIE
### Chief United States District Judge

RE: ALOI, Benedetto
DOCKET NUMBER: CR-90-446-5
**STATUS REPORT**

Reference is made to the above-captioned individual, who was sentenced by Your Honor on March 26, 1993. The offender was sentenced to two hundred (200) months custody, three (3) years supervised release and a $100 special assessment fee. A special condition ordering the defendant to pay a $100,000.00, fine was also imposed. The offender commenced his term of supervised release on March 17, 2009, upon his release from custody.

By way of background, the offender commenced supervision and began making regular monthly payments of twenty five dollars ($25.00) towards his Court ordered fine. On October 13, 2009, the Probation Department submitted a Probation Form 12B, Request to Modify the Conditions of Supervised Release, thereby setting a permanent monthly payment schedule at one hundred ($100.00), towards the fine. The Court subsequently instructed the Probation Department to provide a more detailed financial status report which may be found below.

Our office, in conjunction with the U.S. Attorney's Office Financial Litigation Unit, conducted a thorough financial investigation into the offender's current financial status. It was determined that he does not have the financial capital necessary to satisfy the ordered fine in full. His residence is owned by his wife, and his vehicle, a 2006 Cadillac CTS, is also registered in his wife's name. Moreover, he reports his only monthly income as social security payments of $1,227.00. However, the offender's wife is employed as a bookkeeper earning $1,258.00, and the couple rent a portion of their residence for $1,650.00, per month. Attached with this memorandum is the financial statement which was submitted by the offender to the U.S. Attorney's Office. Our office will continue to assess the offender's finances and immediately report any change to the Court.

Based on the above, a monthly payment of one hundred ($100.00), represents slightly less than ten percent (10%), of the offender's net monthly income. Should the Court feel the offender has the financial means to afford a more substantial monthly payment, Your Honor may set a specific amount on page two of this memorandum. We await Your Honor's final decision.

Respectfully submitted:

Eileen Kelly
Chief U.S. Probation Officer

RE: ALOI, Benedetto
DOCKET NUMBER: CR-90-446-5

Written by: _____
Dennis Stickley
Senior U.S. Probationer Officer

Approved by: _____
Craig Schneider
Supervising U.S. Probation Officer

**THE COURT ORDERS THE FOLLOWING:**

Concur With Payment of One Hundred Dollars ($100.00) Per Month:

s/ Judge Raymond J. Dearie       10/27/09
_____
Chief U.S.D.J./ Date

Monthly Payment Set at _____ :
_____
Chief U.S.D.J./ Date

Other:
_____
Chief U.S.D.J./ Date

October 26, 2009
Central Islip, NY