RECEIVED IN CHAMBERS OF
U.S.D.J. DEARIE
ON: 4/28/11

## MEMORANDUM
## TO THE HONORABLE RAYMOND DEARIE
### Senior United States District Judge

RE: ALOI, Benedetto
DOCKET NUMBER: CR 97-859
NOTICE OF DEATH / REQUEST TO
TERMINATE SUPERVISION

Reference is made to the above-captioned individual, who was sentenced by Your Honor on March 26, 1993, after being found guilty of 18 U.S.C. 1951, Conspiracy to Extort, a class A felony, and 18 U.S.C. 1951, Extortion, a class C felony. The offender was sentenced to two hundred (200) months custody, thirty six (36) months supervised release and a $100.00 special assessment was imposed. A special condition ordering the offender to pay a $100,000.00 fine was also imposed. Supervision of this offender commenced upon his release from the Bureau of Prisons on March 17, 2009.

The purpose of this memorandum is to notify the Court of the offender's death on April 7, 2011 as a result of medical complications. The offender was diagnosed with lung cancer and heart disease, but most recently, he was diagnosed with pancreatic cancer and was undergoing chemotherapy treatments.

At this time, the Probation Department respectfully requests that the Court officially terminate the offender's term of supervised release. A copy of the death certificate has been enclosed for the Court's review. We await Your Honor's response.

Respectfully submitted:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Written by: _____
DENNIS STICKLEY
SENIOR U.S. PROBATIONER OFFICER

Approved by: _____
DAVID J. WASHINGTON
SUPERVISING U.S. PROBATION OFFICER

RE: ALOI, Benedetto
DOCKET NUMBER: CR 97-859

**THE COURT ORDERS THE FOLLOWING:**

Term of Supervised Release Terminated: ____s/ Judge Raymond J. Dearie____ 4/29/11
                                                        Sr. U.S.D.J./ Date

Other: _____
                                                   Sr. U.S.D.J./ Date

April 19, 2011

D 0055667

# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**Recorded District:** 2908
**Register Number:** 198

**1. Name:** Benedetto Aloi
**2. Sex:** Male
**3A. Date of Death:** 04/07/2011
**3B. Hour:** 2:05p

**4A. Place of Death:** Hospital Inpatient
**4B. If facility, date admitted:** 04/07/2011
**4C. Name of Facility:** Winthrop University Hospital
**4D. Locality:** Village — Mineola
**4E. County of Death:** Nassau
**4F. Medical Record No:** 169431

**5. Date of Birth:** 10/06/1935
**6A. Age:** 75 yrs
**7A. City and State of Birth:** Brooklyn, N.Y.

**8. Served in U.S. Armed Forces:** No
**9. Decedent of Hispanic Origin:** No, not Spanish/Hispanic/Latino
**10. Decedent's Race:** White/Caucasian
**11. Decedent's Education:** High school graduate or GED

**13. Marital Status:** Married
**14. Surviving Spouse:** Marie Monteleone

**15A. Usual Occupation:** Owner
**15B. Kind of Business:** Limousine Business
**15C. Name and Locality of Company:** Ridgewood, NY

**16A. Residence:** New York
**16B. County:** Nassau
**16C. Locality:** Town — Floral Park
**16D. Street and Number:** 135 Beech Street
**16E. Zip Code:** 11001

**17. Name of Father:** Sebastiano Aloi
**18. Maiden Name of Mother:** Rose Griffo

**19A. Name of Informant:** Marie Aloi
**19B. Mailing Address:** 135 Beech Street Floral Park N.Y. 11001

**20A. Disposition:** Burial — 04/11/2011
**20B. Place of Burial:** Holy Rood Cemetery
**20C. Location:** Westbury, Long Island

**21A. Name and Address of Funeral Home:** D'Angelo Funeral Home, 494 Seneca Ave. Ridgewood N.Y. 11385
**21B. Registration Number:** 00407
**22A. Name of Funeral Director:** Anthony D'Angelo
**22C. Registration Number:** 00814

**23B. Date Filed:** 04/08/2011
**24A. Burial or Removal Permit Issued By:** Ceu Lopes, Dep Reg
**24B. Date Issued:** 04/08/2011

**25A. Certification:**
Certifier's Name: Anthony Cordaroma   License No.: 122018
Date: 4/8/2011
Certifier's Title: Medical Examiner / Deputy Medical Examiner
Address: 271 Jericho Tpke, Floral Park 11001

**26A. Attending physician attended deceased from:** 1/27/1954 to 4/7/2011
**26B. Deceased last seen alive by attending physician:** 4/7/2011

**27. Manner of Death:** Natural Cause
**28. Was case referred to Coroner or Medical Examiner:** No
**29A. Autopsy:** No

**30. Death was caused by:**
Part I. Immediate Cause:
(A) Acute Respiratory Arrest — 1 hr buit[?]
(B) Hemoptysis Bronchial Artery — 4 hours
(C) Metastic Lung Carcinoma — 4 yr

Part II. Other Significant Conditions: Stage 4 Pancreatic Cancer

**Did tobacco use contribute to death:** Unknown